**In the Matter of Petition of Frantiska Dvorakova, arrested at the suit of Mary Trembacz.**
**On appeal of Mary Trembacz, Appellant, v. Frantiska Dvorakova, Appellee.**

### Gen. No. 22,553.   (Not to be reported in full.)

Appeal from the County Court of Cook county; the Hon. JOHN H. WILLIAMS, Judge, presiding. Heard in this court at the October term, 1916. Affirmed. Opinion filed February 5, 1917. Rehearing denied February 19, 1917.

## Statement of the Case.

Petition by Frantiska Dvorakova, petitioner, against Mary Trembacz, respondent, for release of petitioner from arrest under the Insolvent Debtors' Act (J. & A. ¶ 6198 *et seq.*). From a judgment for the petitioner, respondent appeals.

FRANK PESKA, for appellant.

No appearance for appellee.

MR. JUSTICE DEVER delivered the opinion of the court.

## Abstract of the Decision.

EXECUTION, § 295*—*when evidence is insufficient to show that malice was the gist of action.* Where the evidence on a petition for release under the Insolvent Debtors' Act (J. & A. ¶ 6198 *et seq.*) showed only the fact and the amount of the judgment in the action under which the petitioner was in arrest, and did not show the nature of the claim, evidence or verdict upon which such judgment was based, *held* that there was no evidence tending to show that malice was the gist of such action, notwithstanding a statement was introduced in evidence, but not identified as a pleading in said action, that the plaintiff therein complained that petitioner had maliciously caused her arrest for disorderly conduct.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.